# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DR. CARLO EUGENIO AMATO,    :

               Petitioner    :

          v.                :

R. THOMPSON,              :

           Respondent.    :

**CIVIL ACTION NO. 3:21-0865**

**(JUDGE MANNION)**

## ORDER

This habeas corpus matter was lodged by the petitioner on May 12, 2021, without a filing fee or, an application to proceed *in forma pauperis*. (Doc. 1).

Accordingly, on that same date, an Administrative Order issued in this case which informed the petitioner that this action would not proceed, unless the petitioner, within thirty (30) days of the date of the Administrative Order, either: (1) tendered to the "Clerk, U.S. District Court" payment in the amount of $5.00; **or** (2) filed a properly completed and signed application to *proceed in forma pauperis*. An application to proceed *in forma pauperis* was enclosed. Petitioner was advised that failure to comply with the terms of the

Administrative Order within thirty (30) days would cause this case to be dismissed without prejudice. (Doc. 3).

More than thirty (30) days have elapsed, and the Petitioner has neither submitted the filing fee, nor submitted an appropriate application to proceed *in forma pauperis*.

**THEREFORE**, **IT IS ORDERED** that this action is dismissed without prejudice, and the Clerk of Court shall close this file.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 30, 2021**
21-0865-01