UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DR. CARLO EUGENIO AMATO,  :

           Petitioner      :

v.  :

R. THOMPSON, WARDEN,  :

           Respondent  :

CIVIL ACTION NO. 3:21-0865

(JUDGE MANNION)

## ORDER

Upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus is **DISMISSED** for Petitioner's failure to exhaust administrative remedies prior to filing the above captioned action.

2. The Clerk or Court is directed to **CLOSE** this case.

3. Petitioner's motion to expedite (Doc. 17) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: December 17, 2021
20-0865-01-ORDER