UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. CARLO EUGENIO AMATO, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:21-0865 |
| v. | : | (MANNION, D.J.) |
| R. THOMPSON, WARDEN | : | |
| Respondent | : | |

## ORDER

Upon consideration of Petitioner's motion for reconsideration, (Doc. 24), to which no brief in opposition has been filed to date, **IT IS HEREBY ORDERED THAT**:

1. Respondent shall file a brief in opposition to Petitioner's motion on, or before, July 11, 2022.

2. Petitioner shall, if he so desires, file a reply to Respondent's brief in opposition within fourteen (14) days of the filing of the brief.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: June 28, 2022
21-0865-04