## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DR. CARLO EUGENIO AMATO,      :

            **Petitioner**      :

            **v.**      :

R. THOMPSON, WARDEN,      :

            **Respondent**      :

**CIVIL ACTION NO. 3:21-0865**

**(JUDGE MANNION)**

## ORDER

For the reasons set forth in the Court's Memorandum of the same date,

**IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is **DIRECTED** to amend Petitioner's address to reflect FCI-Danbury Low as his current place of confinement.

2. Petitioner's motion for reconsideration (Doc. 24) is **DENIED**.

s/ Malachy E. Mannion
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 9, 2022**
21-0865-02-ORDER